**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
CELINDA VAZQUEZ

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINDA VAZQUEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>LEE'S DOUGHNUTS #11, a business of unknown form; RICHMOND CITY CENTER, L.P., a California limited partnership; and DOES 1-10,<br><br>Defendants. | Case No.: 2:18-cv-09904-JFW-GJS<br><br>**ORDER FOR JOINT STIPULATION FOR DISMISSAL.** |

- 1 -

WHEREAS, Defendants LEE'S DOUGHNUTS and RICHMOND CITY CENTER on one hand and Plaintiff CELINDA VAZQUEZ ("VAZQUEZ") on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by VAZQUEZ in this action shall be dismissed with prejudice, each party bear their own costs and attorney's fees; and

WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by VAZQUEZ in this action shall be and hereby are dismissed with prejudice.

IT IS HEREBY ORDERED with prejudice, each party to bear their own costs and attorney's fees.

Dated: May 15, 2019

**UNITED STATES DISTRICT COURT**

By: _____
Hon. John F. Walter